UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>UNNAMED,<br><br>    Respondent. | No. CV 15-00476-GW(DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Amended Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: March 8, 2016

_____
GEORGE H. WU
United States District Judge