JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOSE HERNANDEZ,

    Petitioner,

    v.

UNNAMED,

    Respondent.

No. CV 15-00476-GW(DFM)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed without prejudice.

Dated: March 8, 2016

_____
GEORGE H. WU
United States District Judge